UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Criminal No. 10-45 (SDW)

      v.                              :

**Gaspar Campos and**
**Angel Bravo**                   :     O R D E R

Upon application of the United States Attorney for the District of New Jersey (by **Deborah J. Gannett**, Assistant United States Attorney), for an order unsealing the docket sheet, the Indictment, and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 16th day of **December, 2010**,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the docket sheet, the Indictment, and all related papers in the above-captioned matter be UNSEALED.

_____
HON. SUSAN D. WIGENTON
United States District Judge